*Cory Woolard, #247739 v. Corizon Health, Inc., et al.*
USDC-ED Mich. No. 2:18-cv-11529

# **INDEX OF EXHIBITS**

Exhibit A……………..…………………………..*Affidavit of Carolyn Nelson*

Exhibit B……………………………………………..*MDOC Policy Directive*

Exhibit C…………….……………………………………....……*Coleman v. Rich*