*Cory Woolard, #247739 v. Corizon Health, Inc., et al.*
USDC-ED Mich. No. 2:18-cv-11529

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORY WOOLLARD, #247739,

     Plaintiff,

                                No. 2:18-cv-11529

v

                                HON. PAUL D. BORMAN

CORIZON HEALTH INC.,
HARBAUGH, R. COLEMAN,          MAG. ANTHONY P. PATTI
SUBRINA AIKENS, MARY
GRENIER, ROSILYN JINDAL,
and JANET CAMPBELL,

     Defendants.

---

| | |
|---|---|
| Cory Woollard, #247739<br>*Plaintiff in Pro Se*<br>GUS Harrison Correctional<br>Facility<br>2727 E. Beecher St.<br>Adrian, MI 49221 | Elizabeth R. Husa Briggs<br>(P73907)<br>Attorney for Defendant<br>Campbell<br>Civil Litigation, Employment &<br>Elections Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 373-6434<br>briggse1@michigan.gov |

/

---

**AFFIDAVIT FOR STEP III GRIEVANCES**

I, Carolyn Nelson, Departmental Analyst, hereby certify that the attached MDOC Prisoner Step III Grievance Report is a true and accurate copy of the report generated for Cory Woollard, #247739, from

the Michigan Department of Corrections (MDOC) database that tracks all prisoner/parolee grievances filed at Step III, followed by a true and correct copy of the underlying documentation received at Step III for the grievances in the report that are highlighted in yellow and marked with an "X." For grievances not checked in the last column, the grievance has been received but a response has not been completed as of the date of the report. I further certify that the attached is a true and accurate copy of the grievance(s) filed by Cory Woollard, #247739 through Step III which have been responded to at Step III. This report and the grievance(s) attached are regularly compiled and maintained in the course of the operation of the MDOC.

Date: August 8, 2018

Carolyn Nelson, Departmental Analyst


Subscribed and sworn to before me, a Notary Public,

on the 8 day of August , 2018

Nicole Willson - Notary Public


NICOLE WILLSON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF EATON
My Commission Expires August 24, 2023
Acting in the County of Ingham

2



# MDOC Prisoner Step III Grievance Report

### 1/1/2012 to Present

**Prisoner #:**  247739   **Last Name:**  Woollard   **First Name:**  Cory

| | Step III Rec'd | Grievance Identifier | Grievance | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 2/5/2018 | ARF-17-11-2866-12D | 12D | 13 | 11/30/2017 | ☐ | ☐ | ☑ | ☐ | ☑ | 4/10/2018 |
| | Notes: | | | | | | | | | | |
| X | 2/5/2018 | ARF-17-11-2865-12A | 12A | 13 | 11/30/2017 | ☐ | ☐ | ☑ | ☐ | ☑ | 4/10/2018 |
| | Notes: | | | | | | | | | | |
| | 1/21/2016 | MRF-15-09-1776-12a | 12a | 17 | 9/24/2015 | ☐ | ☐ | ☐ | ☑ | ☑ | 3/31/2016 |
| | Notes: | | | | | | | | | | |
| | 1/13/2014 | MRF-13-10-1019-03f | 03f | 17 | 10/8/2013 | ☐ | ☐ | ☑ | ☐ | ☑ | 3/11/2014 |
| | Notes: | | | | | | | | | | |

**Step III Grievance Response**

**CORY WOOLLARD**          **247739**

**ARF**     **17-11-2866**

Grievant is alleging denial of an air mattress caused him to have side effects of bedsores.

All relevant information within the electronic medical record has been reviewed. Step I and Step II appropriately addressed this grievance and are affirmed at the Step III appeal. Upon review, for the month of November 2017, the grievant reported an issue with his air mattress on the 19th and it was replaced at that time. No further reports were received regarding the greivants air mattress. Supplies are not issued based on inmate personal preference of style, brand, color, etc., but of what is medically indicated to meet the current needs. Grievant is educated, per PD 03.02.130 (L) "If a grievant intentionally files a grievance which is investigated and determined to be unfounded which, if proven true, may have caused an employee or a prisoner to be disciplined or an employee to receive corrective action, the grievant may be issued a misconduct report…"

Grievance appeal denied.

Response of  Bureau of Health Care Services          Date:       4/6/2018

Approved: _R. Harbaugh, RN2_____          Date: _4/9/18___
               R. Harbaugh, RN

_R.D. Russell_____          APR 1 0 2018
Richard D. Russell  Manager, Grievance Section Office of Legal Affairs          Date Mailed

Ref. #          27709

C:          Warden – ARF
               Regional Health Care Administrator          Southern
               Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS                                      4835-4248  5/09
PRISONER/PAROLEE GRIEVANCE APPEAL FORM                                        CSJ-247B

Date Received by Grievance Coordinator    Grievance Identifier: |ARF|1|7|(|1| |2|8|7|6|6| |1|2|D|
at Step II: _12-21-17_

**INSTRUCTIONS: THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.**
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

                                                              FEB 05 2018
If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
___G.C.___ by _12-22-17_. If it is not permitted by this date it will be considered terminated.
                                                          Office of Legal Affairs

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Cory Woollard | 247739 | ARF | 3-155-B | Ongoing | 12/20/17 |

**STEP II — Reason for Appeal**

    The Step I response completely ignores the fact that I have developed
two bedsores as a result of not having been provided with a proper
mattress.

**STEP II — Response**

| | Date Received by Step II Respondent: |
|---|---|

(See Attached)

S. Aiken, RN13                    J. Aiken RN          1-16-18
Respondent's Name (Print)         Respondent's Signature     Date

| Date Returned to Grievant: |
|---|
| 1-17-18 |

**STEP III — Reason for Appeal**
    The Step II response is actually referring to ARF-171-2866-12D.

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III —** Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

## Step II Grievance Appeal Response

| | |
|---|---|
| **Grievance Number:** ARF 2017 11 2866 12D | |
| **Prisoner Name:** Woollard, Cory | |
| **Prisoner Number:** 247739 | |

I have reviewed your Step I Grievance, the Step I Response, and your Step II Reason for Appeal.

**SUMMARY OF STEP I COMPLAINT:** Inmate complaints that he has requested a "proper mattress" and has not received it. Date of incident ongoing.

**SUMMARY OF STEP I RESPONSE:** Per MDOC Guidelines, inmate meets criteria and receives an air mattress. Inmate feels the MDOC air mattresses are not sufficient. Discussed and explained to inmate. Grievance denied at Step I. Date of response 12/14/17.

**SUMMARY OF STEP II REASON FOR APPEAL:** Grievant alleges the Step I response completely ignores the fact that I have developed two bedsores as a result of not having been provided with a proper mattress. Date of incident ongoing.

**SUMMARY OF STEP II INVESTIGATION:** Upon investigation of the Step II appeal; the Step I response, reason for appeal, the Electronic Health Record (EHR), and policies were all reviewed, including any additional information needed was obtained as necessary to complete the response. Grievant does have a special accommodation notice (SAN), which started on 3/31/14, for an "air mattress", which (as indicated in the step I grievance response) is supplied to Mr. Woollard. Grievant did report Stage I decub 3 days after his MP appointment and he was put on daily dressing changes in health care, so he could be monitored and treated. Grievant was noted to have refused some of the nursing dressing changes, indicating he didn't need the dressing change, the last treatment Mr. Woollard came to was on 12/6/17. Grievance denied.

Grievant is to access health care through the HCR/kite process to address any current health care concerns; please constructively discuss your concerns with Health Care Staff at scheduled appointments.

**CONCLUSION: Evidence**
- PD 03.02.130 Prisoner/Parolee Grievances
- PD 03.04.100 Health Services
- PD 04.06.160 Medical Details and Special Accommodations Notices

**Grievance:** Denied; Review of the evidence supports that Grievant's medical needs are being addressed. Grievant is supplied an air mattress per his SAN, per MP order. Grievant received daily dressing changes, however he stopped coming to health care on 12/6/17.

| | |
|---|---|
| RESPONDENT NAME: Subrina Aiken, RN | TITLE: Clinical Administrative Assistant<br>Jackson Health Care Office Administration |
| RESPONDENT SIGNATURE: *Subrina Aiken, RN* | DATE: 1/16/18 |

MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER/PAROLEE GRIEVANCE FORM

*both*

4835-4247 10/94
CSJ-247A

Date Received at Step I ___11·30·17___ Grievance Identifier: |A|R|F|1|7|1|1|1|2|8|6|6|1|2|0|

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Cory Woollard | 247739 | ARF | 3-155-B | 11/22/17 | 11/28/17 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? __11-25-17__
If none, explain why.

On the date at issue, I spoke with PA Jindal.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

I am hereby grieving Corizon Health, Inc., Michigan Department of Corrections, A/CMO R. Coleman, and PA Jindal.

On 11/16/17, PA Jindal revoked my special medical accommodations for a single-person cell, a Tens Unit, and foam soap.

I suffer from paraplegia (T7) and I have an indwelling catheter. I am unable to use the normal facilities and therefore have to defecate inside my cell, which involves sanitation concerns. I therefore meet all the requirements for a single-person cell. The Tens Units was prescribed as treatment for the pain in my hands, and the waterless foam soap is necessary, as my assigned cell has no sink or running water.

The revocation of these special accommodations has resulted in a medically unjustified threat to my health. These accommodations must be immediately reinstated and Coleman and Jindal must be terminated for violation of the Eighth Amendment and the ADA. _Cory Woollard_
Grievant's Signature

RESPONSE (Grievant Interviewed? ☑ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

*see attached*

| _K. Norton_ | _12/14/17_ | _J Campbell_ | _12/14/17_ |
|---|---|---|---|
| Respondent's Signature | Date | Reviewer's Signature | Date |
| K. Kortman 13 | A/RN 13 | J Campbell | HOM |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: 12·18·17 | If resolved at Step 1, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

## Step I Grievance Response

| | |
|---|---|
| Grievance Number: | 201711286612D |
| Prisoner Name | Woollard |
| Prisoner Number: | 247739 |

Prisoner ☒ was ☐ was NOT interviewed. GIVE REASON:

### SUMMARY OF COMPLAINT:

Inmate complaints that he had a previous Special Accommodation for single cell, TENS unit, foam soap that has been taken away from him.

### INVESTIGATION INFORMATION

Special Accommodations are reviewed and updated yearly.  On 11-15-17 an ACMO review for multiple items, including the above mentioned, was sent by on site MP.  The ACMO returned with a deferral for the single-person room, TENS unit and supplies and the foam soap.

### APPLICABLE POLICY, PROCEDURE, ETC.

PD 03-04-100 Health Care

### SUMMARY

Discussed and explained to inmate.  Grievance denied at Step One.

| | | TITLE: | A/RN13 |
|---|---|---|---|
| RESPONDENT NAME: | K. Korte A/RN13 | | |
| RESPONDENT SIGNATURE: | *K. Korte A/RN 13* | Date | 12/14/17 |

| | | TITLE: | RN15sHUM |
|---|---|---|---|
| REVIEWER NAME: | J Campbell HUM | | |
| REVIEWER SIGNATURE: | *J Campbell* | DATE: | 12/14/17 |

**Step III Grievance Response**

**CORY WOOLLARD**          247739

**ARF**      **17-11-2865**

Grievant alleges the Medical Provider inappropriately discontinued several special accommodations and supplies: single person cell, a tens-unit and foam soap.

All relevant information within the electronic medical record has been reviewed. Step I and Step II appropriately addressed this grievance and are affirmed at the Step III appeal. Grievant is advised that qualifying criteria for medical details/accommodations can and do change. Past approval, whether during previous or current incarceration, does not guarantee indefinite provision or future renewal of an accommodation or detail. It is well within the scope of practice of the current Qualified Health Care Professionals to determine if the grievant meets current criteria for any accommodation or detail. Disagreement with the treatment plan does not constitute a denial of care.

Grievance appeal denied.

Response of  Bureau of Health Care Services          Date:        4/6/2018

Approved: *R. Harbaugh RN2*                                Date:  4/9/18
                    R. Harbaugh, RN


          *RDRussell*
          Richard D. Russell  Manager, Grievance Section Office of Legal Affairs

                                                                 APR 1 0 2018

                                                                 _____
                                                                    Date Mailed

    Ref. #        27708

    C:        Warden −ARF
              Regional Health Care Administrator          Southern
              Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248  5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II: *12-21-17*

Grievance Identifier: |A|R|F|17|12| |2|8|6|5| |2|2|1|

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

RECEIVED MDOC
FEB 05 2018

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
*C.C.* by *12-27-17*. If it is not submitted by the date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Cory Woollard | 247739 | ARF | 3-155-B | 11/22/17 | 12/20/17 |

**STEP II — Reason for Appeal**
~~has been evaluated by a medical provider, which did not occur in my case.~~ *C.W.*

    The response at Step I does not address the fact that policy mandates
that special accommodations can only be revoked after the prisoner/patient
has been evaluated by a medical provider, which did not occur in my case.

**STEP II — Response**

*(See Attached)*

*J. Aiken, RN3*  *S. Aiken*  *1-16-18*

Respondent's Name (Print) | Respondent's Signature | Date

Date Received by
Step II Respondent:

Date Returned to
Grievant: *1-17-18*

**STEP III — Reason for Appeal**
    At Step II it is claimed that my special accommodations were
"deferred," but they were actually deleted.

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

# Step II Grievance Appeal Response

| | |
|---|---|
| **Grievance Number:** ARF 2017 11 2865 12D | |
| **Prisoner Name:** Woollard, Cory | |
| **Prisoner Number:** 247739 | |

I have reviewed your Step I Grievance, the Step I Response, and your Step II Reason for Appeal.

**SUMMARY OF STEP I COMPLAINT: Inmate complaints that he had a previous Special Accommodation Notice (SAN) for single cell, TENs unit, and foam soap that has been taken away from him. Date of incident 11/22/17.**

SUMMARY OF STEP I RESPONSE: SAN are reviewed and updated yearly. On 11/15/17 an Assistant Chief Medical Officer (ACMO) review for multiple items, including the above mentioned, was sent by on site Medical Provider (MP). The ACMO returned with a deferral for the single-person room, TENs unit and supplies and the foam soap. Discussed and explained to inmate. Grievance denied at Step I. Date of response 12/14/17.

**SUMMARY OF STEP II REASON FOR APPEAL:** Grievant alleges the response at Step I does not address the fact that policy mandates that SAN can only be revoked after the prisoner/patient has been evaluated by a MP, which did not occur in my case. Date of incident 11/22/17.

SUMMARY OF STEP II INVESTIGATION: Upon investigation of the Step II appeal; the Step I response, reason for appeal, the Electronic Health Record (EHR), and policies were all reviewed, including any additional information needed was obtained as necessary to complete the response. Grievant was examined by MP on 11/15/17, at which time the MP reviewed the SAN and requested ACMO approval for shower chair, roho cushion, blue pads and standard toothbrush. The ACMO requested more information regarding patient's needs for other items and deferred the single person room and TEN's unit, as Mr. Woollard does not meet the MDOC guidelines for a single cell, however he does require a wheelchair accessible room. The MDOC doesn't allow TEN's units any longer. The MP submitted anther request giving more information as to Mr. Woollard's condition/medical needs. The ACMO reviewed and approved the grabber and transfer board and deferred the foam soap holder, mirror, sis-rolling table, along with the previous single-person room and TEN's unit and supplies. Mr. Woollard was examined by the MP that same day. Grievance denied.

Grievant is to access health care through the HCR/kite process to address any current health care concerns; please constructively discuss your concerns with Health Care Staff at scheduled appointments.

CONCLUSION:  Evidence
- PD 03.02.130 Prisoner/Parolee Grievances
- PD 03.04.100 Health Services
- PD 04.06.160 Medical Details and Special Accommodations Notices

Grievance: Denied; Review of the evidence supports that Grievant's medical needs are being addressed. Grievant did have an SAN update, after examined by MP.

| **RESPONDENT NAME:** Subrina Aiken, RN | **TITLE:** Clinical Administrative Assistant Jackson Health Care Office Administration |
|---|---|
| **RESPONDENT SIGNATURE:** *Subrina Aiken, RN* | **DATE:** 1/16/18 |

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4247 10/94
CSJ-247A

**PRISONER/PAROLEE GRIEVANCE FORM**

Date Received at Step I ___11·30·17___   Grievance Identifier: ___ARF 17 11 1816 13 12D___

| Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. |

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Cory Woollard | 247739 | ARF | 3-155-B | Ongoing | 11/28/17 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? ___11-28-17___
If none, explain why.

    Since my arrival at this facility, I have made numerous requests to be provided with a proper mattress, to no avail, most recently on 11/28/2017.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

    The herein grieved parties are Corizon Health, Inc. and PA Rosilyn Jindal.

    I am a paraplegic (T7). Since my transfer to this facility, I have made numerous requests to be provided with a proper mattress to accommodate my medical condition. These requests have been ignored, and as a direct result of having to sleep upon a mattress not suited for my medical condition, I have developed two bedsores.

    The failure of the grieved parties in this matter is indicative of their deliberate indifference to my serious medical conditions in violation of the Eighth Amendment and the American With Disabilities Act. I must be provided with a proper mattress, my bedsores must be treated, and PA Jindal should be terminated.

_Cory Woollard_
Grievant's Signature

---

RESPONSE (Grievant Interviewed? ☑Yes ☐ No   If No, give explanation. If resolved, explain resolution.)

    _see attached_

---

| K. Norton | 12-15-17 | J Campbell | 12/14/17 |
|---|---|---|---|
| Respondent's Signature | Date | Reviewer's Signature | Date |
| K. Korte, A/RN13 | A/RN 13 | J Campbell | HUM |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: 12·18·17 | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

## Step I Grievance Response

| | |
|---|---|
| Grievance Number: | 201711286512D |
| Prisoner Name | Woollard |
| Prisoner Number: | 247739 |

Prisoner ☒ was ☐ was NOT interviewed. GIVE REASON:

**SUMMARY OF COMPLAINT:**

Inmate complains that he has requested a "proper mattress" and has not received it.

**INVESTIGATION INFORMATION**

Per MDOC Guidelines, inmate meets criteria and receives an air mattress.   Inmate feels the MDOC air mattresses are not sufficient.

**APPLICABLE POLICY, PROCEDURE, ETC.**

PD 03-04-100 Health Care;

**SUMMARY**

Discussed and explained to inmate.  Grievance denied at Step One.

| | | | |
|---|---|---|---|
| **RESPONDENT NAME:** | K. Korte A/RN13 | **TITLE:** | A/RN13 |
| **RESPONDENT SIGNATURE:** | *K. Korte A/RN13* | Date | 12/14/17 |

| | | | |
|---|---|---|---|
| **REVIEWER NAME:** | J Campbell HUM | **TITLE:** | RN15sHUM |
| **REVIEWER SIGNATURE:** | *J Campbell* | **DATE:** | 12/14/17 |