UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORY WOOLLARD,

       Plaintiff,                    Case No. 18-cv-11529

                                      Paul D. Borman
v.                                  United States District Judge

                                      Anthony P. Patti
                                      United States Magistrate Judge

CORIZON HEALTH, INC.,
RICHARD HARBAUGH, R.
COLEMAN, SUBRINA AIKENS,
MARY GRENIER, ROSILYN JINDAL
JANET CAMPBELL, *et. al*,

       Defendants.
_____/

<u>ORDER: (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (ECF #61); (2) TERMINATING R. COLEMAN,
SUBRINA AIKENS, MARY GRENIER, AND JANET CAMPBELL AS
DEFENDANTS; (3) SUBSTITUTING RICKEY COLEMAN FOR RICHARD
HARBAUGH, AND (4) DISMISSING DEFENDANT RICHARD HARBAUGH
WITH PREJUDICE</u>

      Now before the Court is the October 2, 2019 Report and Recommendation (ECF #61) of Magistrate Judge Anthony P. Patti recommending that the Court (a) terminate R. Coleman, Subrina Aikens, Mary Grenier, and Janet Campbell as Defendants; (b) substitute Rickey Coleman for Richard Harbaugh, and (c) dismiss Defendant Richard Harbaugh with prejudice. No objections were filed to the Report

and Recommendation.

Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF #61), TERMINATES R. Coleman, Subrina Aikens, Mary Grenier, and Janet Campbell as Defendants, SUBSTITUTES Rickey Coleman for Richard Harbaugh, and DISMISSES Defendant Richard Harbaugh with prejudice.


IT IS SO ORDERED.


Dated:   October 24, 2019                                  s/Paul D. Borman
                                                           Paul D. Borman
                                                           United States District Judge